# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

**BILLY RAY FORD, JR., #80574**                                                    **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 2:05cv2111KS-JMR**

**STATE OF MISSISSIPPI, BOB HELFRICH,**
**and JOHN MARK WEATHERS**                                                         **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 24th day of March, 2006.


s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE